IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID KENNETH HUFFMAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 03-00011 WHA<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

　　　　Pursuant to 18 U.S.C. 3583(e)(1), supervised release for defendant David Huffman is hereby **TERMINATED**, effective immediately.   The Court is satisfied that such action is warranted by the conduct of defendant and the interest of justice.

　　　　**IT IS SO ORDERED.**

Dated: February 1, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE